# ELECTRONIC RECORD

COA # 05-13-00752-CR  OFFENSE: 2.02

STYLE: George Contreras v. The State of Texas  COUNTY: Dallas

COA DISPOSITION: AFFIRM  TRIAL COURT: 282nd Judicial District Court

DATE: 06/08/2015  Publish: NO  TC CASE #: F-1231118-S

# IN THE COURT OF CRIMINAL APPEALS

STYLE: George Contreras v. The State of Texas

**Appellants** Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

Refused

DATE: 11/04/2015

JUDGE: Per Curiam

CCA #: PD-0842-15

CCA Disposition: **843-15**

DATE: _____

JUDGE: _____

SIGNED: _____  PC: _____

PUBLISH: _____  DNP: _____

---

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____